FILED

Augus 11, 2020

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 09-11-H-CCL |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| KEITH CHRISTOPHER MADSEN, | |
| Defendant. | |

Upon unopposed motion of the United States, and for good cause shown, **IT IS ORDERED** that the Petition for Warrant for Offender Under Supervision (Doc. 58) is **DISMISSED** and the revocation hearing scheduled for August 11, 2020 at 2:00 p.m. in Great Falls, Montana, is **VACATED**.

DATED this 11th day of August, 2020.

CHARLES C. LOVEL
Senior United States District Judge